Joshua Jensen
(Name)

129686
(Institution Register No.)

P.O. Box 2
Lansing, KS 66043
(Current Mailing Address)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Joshua Jensen, Plaintiff
(Full and Correct Name)

CASE NO. 25-3179-JWL
(To be supplied by the Clerk)

vs.

President Donald J. Trump
& United States of America, Defendants

Jury Demand

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

Class Action

A. JURISDICTION

1) Joshua Jensen (Plaintiff), is a resident of OHIO (State of residency prior to incarceration) who presently located at LANSING Correctional Facility (Mailing address or place of confinement.)

2) Defendant President Donald J. Trump (Name of first defendant) is a resident of Florida (City, State), and is employed as United States President (Position and title, if any), and may be located at 1600 Pennsylvania Ave NW, Washington, DC, 20500 (Address for service of process). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes (No)

If your answer is "Yes", briefly explain: NA

XE-2 (F)                CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

3) Defendant __Donald J. Trump__ is a resident of
   (Name of first defendant)
   __Florida__, and is employed as
   (City, state)
   __United States President__, and may be located at
   (Position and title, if any)
   __WHITE HOUSE, 1600 Pennsylvania AVE, NW WASHINGTON, DC 20500__. At the time the
   (Address for service of process)

claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes  (No)  . If your answer is "Yes", briefly explain:

__NA__

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331. (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

__Article 3 § 3 of the United States Constitution; 22 USC § 8202; 22 USC § 262p-4q; UCC §1-304, 3-307 22 USC 8213__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

__The President, is giving Aid and comfort to our enemies, trying wholeheartedly to save the world. While allowing the State Corporations such as the Kansas Dept of Corrections to enslave the American People, without even attempting rehabilitation. Due to overcrowding__

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: _Private in person meetings and phone calls with Russian President Putin (Treason)_

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): _Facilitating A meeting in Alaska with Russian President Putin_

   B) (1) Count II: _Treason_

   (2) Supporting Facts: _Sending money and military grade weapons to UKRAINIAN PRESIDENT & and government,_

   C) (1) Count III: _TREASON_

nA

nA

(2) Supporting Facts: Allowing foreign Countries to Process our Food supply and manufacture our communications equipment (giving them comfort and control)

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes   (No)   . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: nA

Defendants: nA

b) Name of court and docket number  nA

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  nA

d) Issues raised  nA

e) Approximate date of filing lawsuit  nA

f) Approximate date of disposition  nA

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ~~(No)~~ .

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision ___NA___

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not ___My first Amendment right does not require this to Access the Court.___

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. ___NA___

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:
___All available remedies; plus Allow class to decide___

_____        _____
Signature of Attorney (if any)           Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

5